KEVIN A. DARBY, NVSB# 7670  
TRICIA M. DARBY, NVSB# 7956  
DARBY LAW PRACTICE, LTD.  
499 W. Plumb Lane, Suite 202  
Reno, Nevada 89509  
Telephone: (775) 322-1237  
Facsimile: (775) 996-7290  
E-mail: kevin@darbylawpractice.com  
        tricia@darbylawpractice.com  

*Electronically filed 1/7/2025*

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**  
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | CASE NO.: BK-N-24-51214-HLB |
| | Chapter 13 |
| LISA RENEE TOTTEN RAMEY, | |
| | **NOTICE OF REMOTE HEARING** |
| Debtor. | Hearing Date: February 13, 2025 |
| | Hearing Time: 3:00 p.m. |

**NOTICE IS GIVEN** that a Chapter 13 Plan for Debtor LISA RENEE TOTTEN RAMEY filed on December 5, 2024, by DARBY LAW PRACTICE, LTD. The Plan seeks the following relief: Confirmation of Chapter 13 Plan. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing will be held on February 13, 2025 at 3:00 p.m. Parties are permitted to appear telephonically by dialing and entering meeting ID (if applicable): and entering access code or passcode **Phone Conference Line: +1 833-435-1820 Meeting ID: 160 532 0260 Passcode: 643758#**. If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court-calendars/. Select the hearing judge. Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

DATED this 7th day of January 2025.

DARBY LAW PRACTICE, LTD.

By: _/s/ Tricia M. Darby_____
TRICIA M. DARBY, ESQ.
499 W. Plumb Lane, Suite 202
Reno, Nevada 89509
Attorney for Debtor

2